UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
One University Plaza, Suite 412
Hackensack, NJ 07601
(201) 705-1470

In Re:
CAROL A. MARSHALL and
MITZY C. MARSHALL,
                              Debtors.

Case No.: _____17-15713_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: _____6/7/17_____

Judge: _____RG_____

## CERTIFICATION OF SERVICE

1.  I, _____Moshie Solomon_____ :

    ☒ represent _____the Debtors_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____May 26, 2017_____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.
      Chapter 13 Plan and Motions- Modified

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____May 26, 2017_____          /s/ Moshie Solomon
                                                   _____
                                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Marie-Ann Greenberg, Esq. Chapter 13 Standing Trustee 30 Two Bridges Road Suite 330 Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alexandria T. Garcia, Esq. McCabe, Weisberg & Conway, P.C. 216 Haddon Avenue, Suite 201 Westmont, NJ 08108 | Attorneys for The Bank of New York Mellon Co | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |