Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−15713−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carol A Marshall
198 Prospect Terrace
Teaneck, NJ 07666

Mitzy C Marshall
198 Prospect Terrace
Teaneck, NJ 07666

Social Security No.:
xxx−xx−7862

xxx−xx−8371

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/6/17 at 10:30 AM

to consider and act upon the following:

30 − Document re: Letter Requesting Status Conference With Respect to Loss Mitigation (related document:16 Order on Notice of Request for Loss Mitigation, 28 Order on Application to Extend or Terminate Loss Mitigation) filed by Moshie Solomon on behalf of Carol A Marshall, Mitzy C Marshall. (Solomon, Moshie)

Dated: 7/26/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court