UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
One University Plaza, Suite 412
Hackensack, NJ 07601
(201) 705-1470

**Order Filed on September 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
  CAROL A. MARSHALL and
  MITZY C. MARSHALL,
                                Debtors.

Case No.: 17-15713

Chapter: 13

Judge: RG

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 12, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __April 26, 2017__ :

Property: __198 Prospect Terrace, Teaneck, NJ 07666__

Creditor: __Bank of New York Mellon Co.__

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __the Debtors__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __November 13, 2017__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2